STATE of Missouri, Respondent,

v.

James E. COLE, Appellant.

No. ED 79700.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 2, 2001.

James E. Cole, Jefferson City, MO, Atty for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, Atty for respondent.

Before GEORGE W. DRAPER III, P.J. and MARY R. RUSSELL, J. and MARY K. HOFF, J.

### ORDER

PER CURIAM.

James E. Cole (Appellant) appeals from the judgment denying his "Motion to Correct Manifest Injustice Pursuant to Supreme Court Rule 29.07(d)." We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).